UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07
```

HEMANT MEHTA, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

CADBURY SCHWEPPES SBS, INC., SNAPPLE BEVERAGE CORPORATION, SNAPPLE DISTRIBUTORS, INC., and JOHN DOEs 1-50 (representing one or more persons or entities involved in the manufacture, sale and/or distribution of the products identified herein but whose identity is currently unknown),

    Defendants.

Civil Action No. 07-CIV-6262 (LMM)

**CONSENT ORDER EXTENDING THE TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

THIS MATTER having been presented to the Court by Baker Botts L.L.P., counsel for Defendants Cadbury Schweppes SBS, Inc., Snapple Beverage Corporation, and Snapple Distributors, Inc., upon the consent of counsel for Plaintiff, for a Consent Order extending the time within which the Defendants may answer or otherwise respond to Plaintiff's Complaint until August 29, 2007, and it appearing that:

1. The Defendants were served with the Complaint on or about July 16, 2007, and thus, their deadline to answer or otherwise respond to the Complaint is August 6, 2007;

2. The Defendants agree that they will not contest service of process;

3. The Defendants have not requested any prior extensions in this matter; and

4. Plaintiff's counsel consents to extending the time within which the Defendants may answer or otherwise respond to Plaintiff's Complaint until August 29, 2007;

NY01:395784.1

IT IS on this __2__ day of __AUGUST__, 2007 hereby

ORDERED that the Defendants' time to answer or otherwise respond to Plaintiff's Complaint be and hereby is extended until August 29, 2007; and it is

FURTHER ORDERED that a copy of this Order shall be served on all counsel of record within five (5) days of receipt, unless electronically served by the Court.

_____
THE HONORABLE LAWRENCE M. MCKENNA, U.S.D.J.

This form of Order is consented to by:

| | |
|---|---|
| Krishnan S. Chittur (KC 9258)<br>**Chittur & Associates, P.C.**<br>286 Madison Avenue, Suite 1100<br>New York, New York 10017 | Seth T. Taube (ST 6088)<br>**Baker Botts L.L.P**<br>30 Rockefeller Plaza<br>New York, New York 10112<br><br>Van H. Beckwith (to be admitted *pro hac vice*)<br>Allyson N. Ho (to be admitted *pro hac vice*)<br>**Baker Botts L.L.P.**<br>2001 Ross Avenue<br>Dallas, Texas 75210 |
| Dated: July 31, 2007 | July 31, 2007 |

NY01:195784.1