# BAKER BOTTS LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX  +1 212.408.2501
www.bakerbotts.com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
RIYADH
WASHINGTON

## MEMO ENDORSED

Seth T. Taube
TEL  +1 212.408.2655
FAX  +1 212.259.2455
seth.taube@bakerbotts.com

August 23, 2007

**BY OVERNIGHT MAIL**

The Honorable Lawrence M. McKenna
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007

IN CHAMBERS

AUG 2  2007

LAWRENCE

Re:   *Mehta v. Cadbury Schweppes SBS, Inc., et al.*
      Civil Action No.: 07-CIV-6262 (LMM)

Dear Judge McKenna:

We represent Defendants in the above-referenced matter. On or before August 29, 2007, we will file a motion to dismiss the complaint and write to request permission to exceed Your Honor's 25-page limit on memoranda of law. Plaintiff's complaint raises substantial issues pertaining to FDA regulations, federal preemption, primary jurisdiction, New York's consumer protection statute and warranty and unjust enrichment claims. As a result, Defendants ask for an additional 10 pages to address these issues thoroughly and have obtained the consent of Plaintiff's counsel in this regard.

Respectfully,

Seth T. Taube

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07

Granted. So ordered.

L ___ /s/ ___
    L SMJ 8/24/07

cc:   Krishnan S. Chittur, Esq. (via overnight mail)
      Philip A. Tortoreti, Esq. (via overnight mail)
      Michael Halbfish, Esq. (via overnight mail)

NY01:196398.1