UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEMANT MEHTA, on behalf of himself and all
others similarly situated,

                Plaintiff,

        v.

CADBURY SCHWEPPES SBS, INC.,
SNAPPLE BEVERAGE CORPORATION,
SNAPPLE DISTRIBUTORS, INC., and JOHN
DOEs 1-50 (representing one or more persons or
entities involved in the manufacture, sale and/or
distribution of the products identified herein but
whose identity is currently unknown),

                Defendants.

Civil Action No. 07-CIV-6262 (LMM)


**NOTICE OF MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**


**ORAL ARGUMENT REQUESTED**

---

       PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendants

Cadbury Schweppes SBS, Inc. (an improperly named defendant as it is not responsible for the

manufacturing or marketing of Snapple products), Snapple Distributors, Inc. (an improperly

named defendant as it is not responsible for the manufacturing or marketing of Snapple

products), and Snapple Beverage Corporation's Motion to Dismiss, the undersigned will move

this Court, before The Honorable Lawrence M. McKenna, United States District Judge for the

Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York,

New York, on a date designated by the Court, for an order dismissing Plaintiff's Complaint in its

entirety with prejudice, and granting such other relief as this Court may deem just and proper.

**BAKER BOTTS L.L.P.**

Dated:  August 29, 2007

/s/ Seth T. Taube
Seth T. Taube (ST 6088)
30 Rockefeller Plaza
New York, New York  10112
Tel:     (212) 408-2500
Fax:     (212) 408-2501

Van H. Beckwith (to be admitted *pro hac vice*)
Allyson N. Ho (to be admitted *pro hac vice*)
Baker Botts, L.L.P.
2001 Ross Avenue
Dallas, Texas  75210
Tel:     (214) 953-6500
Fax:     (214) 953-6503

*Attorneys for Defendants*

## CERTIFICATION OF SERVICE

I, Maureen P. Reid, hereby certify that on this 29th day of August, 2007, a true and

correct copy of Defendants' Notice of Motion to Dismiss, Memorandum in Support of Motion to

Dismiss (and attached exhibits), and proposed Order were served via eletronic filing and regular

first class mail, postage prepaid, upon the following counsel of record:

Krishnan S. Chittur, Esq.
**Chittur & Associates, P.C.**
286 Madison Avenue, Suite 1100
New York, New York  10017

Philip A. Tortoreti, Esq.
**Tortoreti Tomes & Callahan**
150 B. Tices Lane
East Brunswick, New Jersey  08816

Michael Halbfish, Esq.
**Tunney & Halbfish, Esqs.**
245 Main Street
Woodbridge, New Jersey  07095


MAUREEN P. REID