# Exhibit A





PEACH POMEGRANATE

SHAKE WELL BEFORE DRINKING • REFRIGERATE AFTER OPENING
NO PRESERVATIVES    HI-ME 5¢ DEPOSIT    07-47958
CA CASH REFUND

Real Brewed•Naturally Caffeine-Free

Snapple

red tea
all natural • low calorie

HEALTHY IMMUNE SYSTEM*

In our quest for the perfect tea, we scoured the planet and found rooibos ("roy-boss") a rare antioxidant-rich tea that only grows in the Western Cape region of South Africa. We topped it off with real fruit juice packed with Vitamin C to contribute to a strong, healthy immune system. So go ahead, enjoy our delicious rooibos. And work on the pronunciation later.

® KOSHER PAREVE

**Nutrition Facts**
Serving Size: 1 Cup (240mL)
Servings Per Container: About 2

| Amount Per Serving | 1 Cup | 1 Bottle |
|---|---|---|
| Calories | 40 | 90 |
| | %DV* | %DV* |
| Total Fat 0g | 0% | 0% |
| Sodium 0mg | 0mg | 0% |
| Total Carb. 7g | 2% | 5% |
| Sugars 7g | 15g | |
| Protein 0g | 0g | |
| Vitamin C | 30% | 60% |

Not a significant source of Calories from Fat, Saturated Fat, Trans Fat, Cholesterol, Fiber, Vitamin A, Calcium and Iron.
*Percent Daily Values are based on a 2,000 calorie diet.

CONTAINS 10% JUICE

OUR RED TEA STARTS WITH ROOIBOS GROWN IN THE CAPE TOWN REGION OF SOUTH AFRICA AND IS MADE FROM A FILTERED WATER, CRYSTALLINE FRUCTOSE (SUGAR FROM FRUIT), PEAR JUICE CONCENTRATE, NATURAL FLAVORS, ROOIBOS (RED TEA), CITRIC ACID, ASCORBIC ACID (VITAMIN C).

DISTRIBUTED UNDER THE AUTHORITY OF SNAPPLE BEVERAGE CORP.
RYE BROOK, NY 10573 USA
Call us at 1-800-762-7753, visit us on the web at Snapple.com or write to us at 900 King Street, Rye Brook, NY 10573 and let us know what you think about Snapple Red Tea.

PEACH POMEGRANATE

Snapple

red tea
all natural • low calorie

Authentic Red Tea with Natural Peach and Pomegranate Flavors and Other Natural Flavors

contributes to a HEALTHY IMMUNE SYSTEM* real juice

*Antioxidant Vitamin C Supports a Healthy Immune System.

Made from the best stuff on Earth.®

17.5 FL OZ (518 mL)

SHAKE WELL BEFORE DRINKING • REFRIGERATE AFTER OPENING
NO PRESERVATIVES    HI-ME 5¢ DEPOSIT    07-47958
CA CASH REFUND

0 76183 17043 4



