UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEMANT MEHTA, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>            v.<br><br>CADBURY SCHWEPPES SBS, INC., SNAPPLE BEVERAGE CORPORATION, SNAPPLE DISTRIBUTORS, INC., and JOHN DOEs 1-50 (representing one or more persons or entities involved in the manufacture, sale and/or distribution of the products identified herein but whose identity is currently unknown),<br><br>            Defendants. | Civil Action No. 07-CIV-6262 (LMM)<br><br>**ORDER** |

**THIS MATTER** having come before this Court on Defendants' Motion to Dismiss Plaintiff's Complaint, and the Court having reviewed the submissions of the parties, and considered the arguments of counsel, and for good cause shown;

**IT IS** on this _____ day of _____, 2007;

**ORDERED** that Defendants' Motion to Dismiss be and hereby is GRANTED; and

**IT IS FURTHER ORDERED** that Plaintiff's Complaint be and hereby is DISMISSED in its entirety with prejudice; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all counsel of record within five (5) days of its receipt, unless electronically served by the Court.

                                                                                         _____
                                                          THE HONORABLE LAWRENCE M. MCKENNA, U.S.D.J.

NY01:196752.1