UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEMANT MEHTA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CADBURY SCHWEPPES SBS, INC., SNAPPLE BEVERAGE CORPORATION, SNAPPLE DISTRIBUTORS, INC., and JOHN DOEs 1-50 (representing one or more persons or entities involved in the manufacture, sale and/or distribution of the products identified herein but whose identity is currently unknown),<br><br>    Defendants. | Civil Action No. 07-CIV-6262 (LMM)<br><br><br><br><br>**MOTION TO ADMIT**<br>**VAN H. BECKWITH** *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Seth T. Taube, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

  Applicant's Name: Van H. Beckwith
  Firm Name:   BAKER BOTTS L.L.P.
  Address:    2001 Ross Avenue, Suite 600
  City/State/Zip:  Dallas, Texas 75201
  Phone Number: (214) 953-6500
  Fax Number:  (214) 953-6503
  Email Address: van.beckwith@bakerbotts.com

Van H. Beckwith is a member in good standing of the Bar of the State of Texas.

Attached hereto is a Certificate of Good Standing from that jurisdiction. There are no pending

1

NY01:196776.1

disciplinary actions proceeding against Van H. Beckwith in any State or Federal Court.

Dated: August 30, 2007  
New York, New York

Respectfully submitted,

By: _____  
Seth T. Taube (ST 6088)  
**BAKER BOTTS L.L.P.**  
30 Rockefeller Plaza  
New York, NY  10112  
(212) 408-2655  
(212) 259-2455 (Fax)

2

NY01:196776.1

## CERTIFICATE OF SERVICE

I, Maureen P. Reid, hereby certify that the foregoing was served this 30th day of August, 2007, by electronic and first-class U.S. Mail, postage prepaid, on the following counsel of record:

Krishnan S. Chittur
Chittur & Associates, P.C.
286 Madison Avenue, Suite 1100
New York, NY  10017

Philip A. Tortoreti
Tortoreti, Tomes & Callahan, P.C.
150 B Tices Lane
East Brunswick, NJ  08816

Michael Halbfish
Tunney & Halbfish
245 Main Street
Woodbridge, NJ  07095

MAUREEN P. REID

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**VAN HAROLD BECKWITH**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 1990.

I further certify that the records of this office show that, as of this date

**VAN HAROLD BECKWITH**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 16th day of August, 2007.

BLAKE HAWTHORNE, Clerk

by _Jessica Hamby_
Jessica Hamby, Deputy Clerk

No. 3289

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEMANT MEHTA, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

CADBURY SCHWEPPES SBS, INC., SNAPPLE BEVERAGE CORPORATION, SNAPPLE DISTRIBUTORS, INC., and JOHN DOEs 1-50 (representing one or more persons or entities involved in the manufacture, sale and/or distribution of the products identified herein but whose identity is currently unknown),

        Defendants.

Civil Action No. 07-CIV-6262 (LMM)

**AFFIDAVIT OF SETH T. TAUBE IN SUPPORT OF MOTION TO ADMIT VAN H. BECKWITH *PRO HAC VICE***

---

STATE OF NEW YORK   )
                            ) ss:
COUNTY OF NEW YORK )

        Seth T. Taube, being duly sworn, hereby deposes and says as follows:

1.     I am a partner with Baker Botts L.L.P., counsel for Defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' Motion to Admit Van H. Beckwith as counsel *pro hac vice* to represent Defendants in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Van H. Beckwith since 2004.

4.     Mr. Beckwith is a partner with the Dallas, Texas office of Baker Botts L.L.P.

5.     I have found Mr. Beckwith to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of Van H. Beckwith, *pro hac vice*.

1

7.  I respectfully submit a proposed order granting the admission of Van H. Beckwith, *pro hac vice,* which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Van H. Beckwith, *pro hac vice*, to represent Defendants in the above-captioned matter, be granted.

DATED: August 30, 2007.
New York, New York

Notarized:

Respectfully submitted,

By: _____
Seth T. Taube (ST 6088)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2655
(212) 259-2455 (Fax)

Sworn to before me
in the State and County
of New York this 30th
day of August, 2007

_____
Notary Public

DENISE G. JOHNSON
NOTARY PUBLIC, State of New York
No. 01JO4512898
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Nov. 30, 20__

2

NY01:196777.1

## CERTIFICATE OF SERVICE

    I, Maureen P. Reid, hereby certify that the foregoing was served this 30th day of August, 2007, by electronic and first-class U.S. Mail, postage prepaid, on the following counsel of record:

Krishnan S. Chittur
Chittur & Associates, P.C.
286 Madison Avenue, Suite 1100
New York, NY  10017

Philip A. Tortoreti
Tortoreti, Tomes & Callahan, P.C.
150 B Tices Lane
East Brunswick, NJ  08816

Michael Halbfish
Tunney & Halbfish
245 Main Street
Woodbridge, NJ  07095

_____
MAUREEN P. REID

3

NY01:196777.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEMANT MEHTA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CADBURY SCHWEPPES SBS, INC., SNAPPLE BEVERAGE CORPORATION, SNAPPLE DISTRIBUTORS, INC., and JOHN DOEs 1-50 (representing one or more persons or entities involved in the manufacture, sale and/or distribution of the products identified herein but whose identity is currently unknown),<br><br>    Defendants. | Civil Action No. 07-CIV-6262 (LMM)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF VAN H. BECKWITH ON WRITTEN MOTION** |

  Upon the written motion Seth T. Taube, attorney for Defendants, and said sponsor attorney's affidavit in support;

  **IT IS HEREBY ORDERED** that

    Van H. Beckwith
    BAKER BOTTS L.L.P.
    2001 Ross Avenue, Suite 600
    Dallas, TX 75201
    (214) 953-6500
    (214) 953-6503 (Fax)
    van.beckwith@bakerbotts.com

is admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action has been assigned to the Electronic Case Filing (ECF)

1

2

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: _____, 2007.
New York, New York

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE