UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| HEMANT MEHTA, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CADBURY SCHWEPPES SBS, INC., SNAPPLE BEVERAGE CORPORATION, SNAPPLE DISTRIBUTORS, INC., and JOHN DOEs 1-50 (representing one or more persons or entities involved in the manufacture, sale and/or distribution of the products identified herein but whose identity is currently unknown),<br><br>　　　　　Defendants. | Civil Action No. 07-CIV-6262 (LMM)<br><br><br><br>**MOTION TO ADMIT<br>ALLYSON N. HO *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Seth T. Taube, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Allyson N. Ho |
| Firm Name: | BAKER BOTTS L.L.P. |
| Address: | 2001 Ross Avenue, Suite 600 |
| City/State/Zip: | Dallas, Texas 75201 |
| Phone Number: | (214) 953-6500 |
| Fax Number: | (214) 953-6503 |
| Email Address: | allyson.ho@bakerbotts.com |

Allyson N. Ho is a member in good standing of the Bars of the State of Texas and the District of Columbia. Attached hereto are Certificates of Good Standing from those

1

NY01:196782.1

jurisdictions. There are no pending disciplinary actions proceeding against Allyson N. Ho in any State or Federal Court.

Dated: August 30, 2007
New York, New York

Respectfully submitted,

By: _____
Seth T. Taube (ST 6088)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2655
(212) 259-2455 (Fax)

## CERTIFICATE OF SERVICE

    I, Maureen P. Reid, hereby certify that the foregoing was served this 30th day of August, 2007, by electronic and first-class U.S. Mail, postage prepaid, on the following counsel of record:

Krishnan S. Chittur
Chittur & Associates, P.C.
286 Madison Avenue, Suite 1100
New York, NY  10017

Philip A. Tortoreti
Tortoreti, Tomes & Callahan, P.C.
150 B Tices Lane
East Brunswick, NJ  08816

Michael Halbfish
Tunney & Halbfish
245 Main Street
Woodbridge, NJ  07095

                                                           /s/ Maureen P. Reid
                                                           Maureen P. Reid

NY01:196782.1

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

    I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**ALLYSON NEWTON HO**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 13th day of December, 2001.

    I further certify that the records of this office show that, as of this date

**ALLYSON NEWTON HO**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 16th day of August, 2007.

BLAKE HAWTHORNE, Clerk

by _Jessica Hamby_
Jessica Hamby, Deputy Clerk

No. 3289A

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ALLYSON NEWTON HO

was on the    3RD    day of    JUNE, 2002
duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 9, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEMANT MEHTA, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

CADBURY SCHWEPPES SBS, INC., SNAPPLE BEVERAGE CORPORATION, SNAPPLE DISTRIBUTORS, INC., and JOHN DOEs 1-50 (representing one or more persons or entities involved in the manufacture, sale and/or distribution of the products identified herein but whose identity is currently unknown),

        Defendants.

Civil Action No. 07-CIV-6262 (LMM)

**AFFIDAVIT OF SETH T. TAUBE IN SUPPORT OF MOTION TO ADMIT ALLYSON N. HO *PRO HAC VICE***

---

STATE OF NEW YORK  )
                            )  ss:
COUNTY OF NEW YORK  )

      Seth T. Taube, being duly sworn, hereby deposes and says as follows:

1. I am a partner with Baker Botts L.L.P., counsel for Defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' Motion to Admit Allyson N. Ho as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Allyson N. Ho since 2006.

4. Ms. Ho is an associate with the Dallas, Texas office of Baker Botts L.L.P.

5. I have found Ms. Ho to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Allyson N. Ho, *pro hac vice*.

1

NY01:196783.1

7.   I respectfully submit a proposed order granting the admission of Allyson N. Ho, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Allyson N. Ho, *pro hac vice*, to represent Defendants in the above-captioned matter, be granted.

DATED:  August 30, 2007.
New York, New York

Notarized:

Respectfully submitted,

By: _____
Seth T. Taube (ST 6088)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY  10112
(212) 408-2655
(212) 259-2455 (Fax)

Sworn to before me
in the State and County
of New York this 30th
day of August, 2007

_____
Notary Public

DENISE G. JOHNSON
NOTARY PUBLIC, State of New York
No. 01JO4512898
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Nov. 30, 20 09

2

NY01:196783.1

## CERTIFICATE OF SERVICE

    I, Maureen P. Reid, hereby certify that the foregoing was served this 30th day of August, 2007, by electronic and first-class U.S. Mail, postage prepaid, on the following counsel of record:

Krishnan S. Chittur
Chittur & Associates, P.C.
286 Madison Avenue, Suite 1100
New York, NY  10017

Philip A. Tortoreti
Tortoreti, Tomes & Callahan, P.C.
150 B Tices Lane
East Brunswick, NJ  08816

Michael Halbfish
Tunney & Halbfish
245 Main Street
Woodbridge, NJ  07095

                                            _____
                                            Maureen P. Reid

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEMANT MEHTA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CADBURY SCHWEPPES SBS, INC., SNAPPLE BEVERAGE CORPORATION, SNAPPLE DISTRIBUTORS, INC., and JOHN DOEs 1-50 (representing one or more persons or entities involved in the manufacture, sale and/or distribution of the products identified herein but whose identity is currently unknown),<br><br>Defendants. | Civil Action No. 07-CIV-6262 (LMM)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF ALLYSON N. HO ON WRITTEN MOTION** |

Upon the written motion Seth T. Taube, attorney for Defendants, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Allyson N. Ho
>BAKER BOTTS L.L.P.
>2001 Ross Avenue, Suite 600
>Dallas, TX 75201
>(214) 953-6500
>(214) 953-6503 (Fax)
>allyson.ho@bakerbotts.com

is admitted to practice *pro hac vice* for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subjec to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

1

2

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: _____, 2007.
New York, New York

_____<br>UNITED STATES DISTRICT/MAGISTRATE JUDGE