UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

---

HEMANT MEHTA, on behalf of himself and all others similarly situated,

            Plaintiff,

    v.

CADBURY SCHWEPPES SBS, INC.,
SNAPPLE BEVERAGE CORPORATION,
SNAPPLE DISTRIBUTORS, INC., and JOHN DOEs 1-50 (representing one or more persons or entities involved in the manufacture, sale and/or distribution of the products identified herein but whose identity is currently unknown),

            Defendants.

Civil Action No. 07-CIV-6262 (LMM)

**ORDER FOR ADMISSION *PRO HAC VICE* OF ALLYSON N. HO ON WRITTEN MOTION**

---

Upon the written motion Seth T. Taube, attorney for Defendants, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Allyson N. Ho
        BAKER BOTTS L.L.P.
        2001 Ross Avenue, Suite 600
        Dallas, TX 75201
        (214) 953-6500
        (214) 953-6503 (Fax)
        allyson.ho@bakerbotts.com

is admitted to practice *pro hac vice* for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subjec to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

1

NY01:196784.1

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: _____Aug. 31_____, 2007.
New York, New York

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

2

NY01:196784.1