UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEMANT MEHTA, on behalf of himself and all others similarly situated,

        Plaintiff,

        v.

CADBURY SCHWEPPES SBS, INC., SNAPPLE BEVERAGE CORPORATION, SNAPPLE DISTRIBUTORS, INC., and JOHN DOEs 1-50 (representing one or more persons or entities involved in the manufacture, sale and/or distribution of the products identified herein but whose identity is currently unknown),

        Defendants.

---

Civil Action No. 07-CIV-6262 (LMM)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), please take notice that Plaintiff Hemant Mehta hereby dismisses all claims asserted in the above-captioned action against Defendants, without prejudice and without costs or attorneys' fees.

Dated: September 26, 2007

Krishnan S. Chittur (KC 9258)
**Chittur & Associates, P.C.**
286 Madison Avenue, Suite 1100
New York, New York 10017

*Attorneys for Plaintiff*

NY01:195638.1