Case 1:07-cv-06262-LMM   Document 12   Filed 10/02/2007   Page 1 of 1   McKenna, J.

Case 1:07-cv-06262-LMM   Document 11   Filed 09/26/2007   Page 1 of 1   ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEMANT MEHTA, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

CADBURY SCHWEPPES SBS, INC., SNAPPLE BEVERAGE CORPORATION, SNAPPLE DISTRIBUTORS, INC., and JOHN DOEs 1-50 (representing one or more persons or entities involved in the manufacture, sale and/or distribution of the products identified herein but whose identity is currently unknown),

        Defendants.

Civil Action No. 07-CIV-6262 (LMM)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07
```

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), please take notice that Plaintiff Hemant Mehta hereby dismisses all claims asserted in the above-captioned action against Defendants, without prejudice and without costs or attorneys' fees.

Dated: September 26, 2007

        Krishnan S. Chittur (KC 9258)
        **Chittur & Associates, P.C.**
        286 Madison Avenue, Suite 1100
        New York, New York 10017

        *Attorneys for Plaintiff*

So ORDERED:  _____  10/2/07
HON. LAWRENCE M. McKENNA, USDJ

10-2-07

NY01:195638.1